No. 699. ROWLAND *v.* ARKANSAS. C. A. 8th Cir. Certiorari denied. *C. Floyd Huff, Jr.* for petitioner. *Ike Murry,* Attorney General of Arkansas, *John Williams,*

Chief Assistant Attorney General, and *Jeff Duty*, Assistant Attorney General, for respondent. ▮▮▮

